956

No. 607. TAYLOR ET AL. v. UNITED STATES. Certiorari, 352 U. S. 963, to the United States Court of Appeals for the Sixth Circuit. The motion of petitioners to remand is denied and the case is referred to the United States District Court for the Western District of Tennessee for consideration of the settlement agreement. *Hubsch* v. *United States*, 338 U. S. 440 and 340 U. S. 804. *Gordon Browning* for petitioners. *Solicitor General Rankin* for the United States.

No. 150, Misc. PROHASKA v. ILLINOIS. On petition for writ of certiorari to the Supreme Court of Illinois. The petitioner's motion to dismiss the petition for writ of certiorari is granted. Petitioner *pro se*. *Latham Castle*, Attorney General of Illinois, for respondent.

No. 676, Misc. KALLOS ET UX. v. NEW YORK; and
No. 688, Misc. PALMER v. LOONEY, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 880. UNITED STATES v. R. F. BALL CONSTRUCTION Co., INC., ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States. *Jack C. Hebdon* for the United Pacific Insurance Co., respondent.

No. 777. HARMON v. BRUCKER, SECRETARY, DEPARTMENT OF THE ARMY. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *David I. Shapiro* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Bernard Cedarbaum* for respondent.